IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ALBERT C. EICHEL,

    Plaintiff,

v.                                                     Civil Action No. 3:21CV190

CHRISTOPHER WALZ, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on October 16, 2020, the Court conditionally docketed Plaintiff's action.[1] At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address should he be transferred or released. On June 14, 2021, the United States Postal Service returned a Memorandum Order entered on June 2, 2021, to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                   /s/
                                                      M. Hannah Lauck
                                                      United States District Judge

Date: June 15, 2021
Richmond, Virginia

---

[1] Plaintiff, along with several other individuals, initially sought to bring this action as a multi–plaintiff suit. *See* Complaint, *Hardee v. Walz*, No. 3:20CV729 (E.D. Va. Sept. 16, 2020), ECF No. 1. However, Plaintiff was subsequently terminated from that action and this action was opened on his behalf. (*See* ECF No. 1.)